IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DANIEL TUCKER**  **PLAINTIFF**

v.  **CASE NO. 2:25-CV-00124-BSM**

**PHILLIPS COUNTY**
**DETENTION CENTER**  **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted; Daniel Tucker's complaint [Doc. No. 2] is dismissed without prejudice for failing to state a claim upon which relief may be granted; it is recommended that, in the future, dismissal of this action count as a strike under 28 U.S.C. section 1915(g); and it is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 25th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE